**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| deCODE genetics, Inc. | : | Case No. 09-14063 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Bank of New York Mellon,** as Indenture Trustee, Attn: Stuart Rothenberg, 101 Barclay Street, 8 West, New York, NY 10286, Phone: 212-298-1977, Fax: 732-667-9465

2. **Highbridge International LLC**, Attn: Eric Colandrea, 9 West 57th Street, 27th Floor, New York, NY 10019, Phone: 212-287-4735, Fax: 212-751-0755

3. **White Box Combined Partners LP**, Attn: Dale Willenbring, 3033 Excelsior Blvd., Suite 300, Minneapolis, MN 55416, Phone: 612-253-6068

4. **Broadridge**, Attn: Greg Lopez, 51 Mercedes Way, Edgewood, NY 11717, Phone: 631-254-7063, Fax: 631-254-7726

5. **Merrill Corporation, Ltd.**, Attn: Jerry Lukoskie, 101 Finsbury Pavement, London EC2A 1ER UK, Phone: +44 (0) 20 7422 6100, Fax: +44 (0) 20 7588 7605


ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3


   /s/ David L. Buchbinder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: December 1, 2009

Attorney assigned to this Case: Christopher M. Samis, Esquire, Phone: (302) 651-7845, Fax: (302) 651-7701
Debtors' Counsel: Michael R. Nestor, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253