# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| deCODE genetics, Inc.[1] ) | Case No. 09-14063 (PJW) |
| ) | |
| Debtors. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF ANDREW V. TENZER

Pauline K. Morgan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Andrew V. Tenzer (the "Admittee"), a member of Shearman & Sterling LLP, as counsel to the Committee of Unsecured Creditors in the above-captioned bankruptcy proceeding.

*/s/ Pauline K. Morgan*
Pauline K. Morgan (Bar No. 3650)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Bar of the State of New Jersey, and the U.S. District Courts for the Southern District of New York, Eastern District of New York, and District of New Jersey. I further certify that, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these proceedings. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: December 7, 2009

*/s/ Andrew V. Tenzer*
Andrew V. Tenzer
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2009    _____
United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case, along with the last four (4) digits of its federal tax identification number, is deCODE genetics, Inc. (6704).