OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | DGI Resolution Inc | Bank: | Wilmington Trust |
| Bankruptcy Number: | # 09-14063 | Account Number: | ▉▉▉▉9504▉▉▉▉0-000 |
| Date of Confirmation: | June 10, 2010 | Account Type: | Checking/Money Market |

Reporting Period (month/year):

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 0 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | 0 |
| State/Local Tax Refunds; Misc Income | $ | |
| Proceeds from Litigation (settlement or otherwise): | $ | 0 |
| Sale of Debtor's Assets: | $ | 0 |
| Capital Infusion pursuant to the Plan: | $ | 1,712,889 |
| Total of cash received: | $ | 1,712,889 |

| | | |
|---|---|---|
| Total of cash available: | $ | 1,712,889 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | 792,374 |
| All other disbursements made in the ordinary course: | $ | 36,560 |
| Total Disbursements | $ | 828,934 |

| | | |
|---|---|---|
| Ending Cash Balance | $ | 883,955 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

July 29, 2010
Date

*Hobart G. Truesdell* (signature)
Hobart G. Truesdell
Walker, Truesdell, Roth & Associates
Ch 11 Liquidating Trustee

Debtor: DGI Resolution Inc
Case Number: # 09-14063

| ASSETS | Beginning 6/10/2010 | End Month 06/30/10 |
|---|---|---|
| Cash (Unrestricted) | 1,712,889 | 883,955 |
| Cash (Restricted) | - | - |
| Accounts Receivable (Net) | - | - |
| Inventory | - | - |
| Notes Receivable | - | - |
| Prepaid Expenses | - | - |
| Other (Attach List) | | |
| Total Current Assets | 1,712,889 | 883,955 |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | - | - |
| Machinery & Equipment | - | - |
| Furniture, fixtures & Office Equipment | - | - |
| Vehicles | - | - |
| Leasehold Improvements | - | - |
| Less: Accumulated Depreciation/Depletion | - | - |
| Total Property, Plant & Equipment | - | - |
| Due from Affiliates & Insiders | - | - |
| Other (Attach List) | - | - |
| Total Assets | 1,712,889 | 883,955 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | - | |
| Taxes Payable | - | - |
| Notes Payable | - | - |
| Professional Fees | - | - |
| Secured Debt | - | - |
| Due to Affiliates & Insiders | - | - |
| Other (Attach List) | - | - |
| Total Postpetition Liabilities | - | - |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | TBD | TBD |
| Priority Debt - Per Plan | TBD | TBD |
| Unsecured Debt - Per Plan | TBD | TBD |
| Other (Attach List) - Per Plan | TBD | TBD |
| Total Pre-petition Liabilities | - | - |
| Total Liabilities | - | - |
| **Equity** | | |
| Common Stock | - | |
| Retained Earnings (Deficit) | - | (828,934) |
| Total Equity (Deficit) | 1,712,889 | 1,712,889 |
| Total Liabilities & Owners' Equity | 1,712,889 | 883,955 |



# All-in-One Statement

DGI LIQUIDATING TRUST            Last Statement Date 00/00/00    This Statement Date 06/30/10

## BUSINESS CHECKING                                                                     ·9504

**Average Balance:**                           206,464.38

### Summary

| | | |
|---|---|---|
| Previous Balance | 00/00/0000 | 0.00 |
| Deposits/Credits | 0 Deposits and 5 other credits | 890,961.77 |
| Withdrawals/Debits | 8 Checks and 3 other debits | 312,311.71 |
| Ending Balance | 06/30/2010 | 578,650.06 |

### Check Activity                        *Denotes a gap in sequence

| Date Paid | Check # | Amount | Date Paid | Check # | Amount |
|---|---|---|---|---|---|
| 06/25 | 1001 | 64,083.94 | 06/29 | 1006 | 2,413.00 |
| 06/28 | 1002 | 134,666.22 | 06/25 | 1007 | 19,342.44 |
| 06/29 | 1003 | 8,146.19 | 06/29 | 1008 | 7,350.00 |
| 06/29 | 1005* | 39,898.15 | 06/29 | 1010* | 450.00 |

### All Other Activity

| Date | Credits | Debits | Description |
|---|---|---|---|
| 06/14 | | 142.67 | PREAUTHORIZED DELUXE BUS SYS. BUS PRODS |
| 06/14 | | 35.00 | OVERDRAFT CHARGE - SEE DAILY BALANCE |
| 06/15 | 142.67 | | TRANSFER FROM TRUST SERVICE 098980-000.1 |
| 06/17 | 35.00 | | REFUND OF OVERDRAFT CHARGE |
| 06/22 | 580,000.00 | | TRANSFER FROM TRUST SERVICE 098980-000.1 |
| 06/29 | 275,000.00 | | TRANSFER FROM TRUST SERVICE 098980-000.1 |
| 06/30 | 35,784.10 | | TRANSFER FROM TRUST SERVICE 098980-000.1 |
| 06/30 | | 35,784.10 | TELEPHONE TRANSFER TO CHECKING        2264-1174 |

| | Total for this period | Total calendar year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*The above fees may not reflect any refunds that may have been made.*

*Page 3 of 5*



# DGI Liquidating Trust
## Reconcile Report for Checking

*This is a static report. Any changes to transactions since the reconcile date are not reflected here.*
*Report created on 07/28/2010.*

Account: Checking
Statement Date: 06/30/2010
Reconcile Date: 07/28/2010

### Summary

| | |
|---|---:|
| Opening Balance | 0.00 |
| Cleared Transactions | 578,650.06 |
| Ending Balance of Statement | 578,650.06 |
| Uncleared Transactions as of Statement Date | -516,657.29 |
| Register Balance as of Statement Date | 61,992.77 |
| Uncleared Transactions after Statement Date | 60,071.34 |
| Register Balance as of Reconcile Date | 122,064.11 |

### Cleared Transactions

| Date | Type | Num | Payee | Amount |
|---|---|---|---|---:|
| **Cleared Checks and Payments** | | | | |
| 06/22/2010 | Check | 1007 | Walker, Truesdell, Roth & Associates | 19,342.44 |
| 06/22/2010 | Check | 1006 | Direct Fee Review LLC | 2,413.00 |
| 06/22/2010 | Check | 1005 | Young Conaway Stargatt & Taylor, LLP | 39,898.15 |
| 06/22/2010 | Check | 1002 | Shearman & Sterling LLP | 134,666.22 |
| 06/22/2010 | Check | 1010 | Tom Magdziasz | 450.00 |
| 06/22/2010 | Check | 1008 | Kristi Lanier | 7,350.00 |
| 06/22/2010 | Check | 1001 | Richards, Layton & Finger, P.A. | 64,083.94 |
| 06/22/2010 | Check | 1003 | Stevens & Lee, P.C. | 8,146.19 |
| 06/29/2010 | Check | Wire Trf 6-30-10 | Richards, Layton & Finger, P.A. | 35,784.10 |
| | | | | Subtotal: 312,134.04 |
| **Cleared Deposits and Other Credits** | | | | |
| 06/22/2010 | Transfer | | | 580,000.00 |
| 06/29/2010 | Transfer | | | 275,000.00 |
| 06/29/2010 | Transfer | | | 35,784.10 |
| | | | | Subtotal: 890,784.10 |
| **Total Cleared Transactions** | | | | **578,650.06** |

### Uncleared Transactions as of 06/30/2010

| Date | Type | Num | Payee | Amount |
|---|---|---|---|---:|
| **Uncleared Checks and Payments** | | | | |
| 06/22/2010 | Check | 1009 | Lance Thibault | 2,478.75 |
| 06/29/2010 | Check | 1018 | Tom Magdziasz | 1,003.81 |
| 06/29/2010 | Check | 1017 | Kristi Lanier | 6,060.00 |
| 06/29/2010 | Check | 1016 | Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. | 27,577.40 |
| 06/29/2010 | Check | 1015 | PriceWaterhouse Coopers LLP | 89,575.90 |
| 06/29/2010 | Check | 1014 | Gleacher & Company Securities, Inc | 56,129.74 |
| 06/29/2010 | Check | 1013 | Stevens & Lee, P.C. | 14,048.70 |
| 06/29/2010 | Check | 1012 | Shearman & Sterling LLP | 32,816.50 |
| 06/29/2010 | Check | 1011 | Gleacher & Company Securities, Inc | 286,966.49 |
| | | | | Subtotal: 516,657.29 |
| **Uncleared Deposits and Other Credits** | | | | |
| 06/22/2010 | Check | 1004 | Gleacher & Company Securities, Inc | 0.00 |
| | | | | Subtotal: 0.00 |
| **Total Uncleared Transactions as of 06/30/2010** | | | | **-516,657.29** |

### Uncleared Transactions from 06/30/2010 to 07/28/2010

| Date | Type | Num | Payee | Amount |
|---|---|---|---|---:|
| **Uncleared Checks and Payments** | | | | |

| | | | | |
|---|---|---|---|---:|
| 07/28/2010 | Check | | Lance Thibault | 960.00 |
| 07/28/2010 | Check | 1024 | Mellon Investors | 10,469.57 |
| 07/28/2010 | Check | 1019 | Young Conaway Stargatt & Taylor, LLP | 14,845.56 |
| 07/28/2010 | Check | 1020 | Kristi Lanier | 7,085.00 |
| 07/28/2010 | Check | 1021 | Tom McGauley | 3,165.00 |
| 07/28/2010 | Check | 1022 | Direct Fee Review LLC | 11,552.00 |
| 07/28/2010 | Check | 1023 | Delaware Claims Agency LLC | 41,871.53 |

Subtotal: 89,928.66

Uncleared Deposits and Other Credits
07/28/2010   Transfer                                                                                        150,000.00

Subtotal: 150,000.00

**Total Uncleared Transactions from 06/30/2010 to 07/28/2010**                                     60,071.34



# WILMINGTON TRUST

## Summary of Activity

|  | CASH | CASH MANAGEMENT |
|---|---|---|
| **PRINCIPAL** | | |
| **PORTFOLIO 1: DGI LIQUIDATING TRUST PRI USD** | | |
| **OPENING BALANCES:** | 0.00 | 0.00 |
| **RECEIPTS** | | |
| Transfers/Additions | 1,712,889.30 | 0.00 |
| **TOTAL RECEIPTS** | 1,712,889.30 | 0.00 |
| **DISBURSEMENTS** | | |
| Transfers/Withdrawals | (890,926.77) | 0.00 |
| **TOTAL DISBURSEMENTS** | (890,926.77) | 0.00 |
| **CASH MANAGEMENT ACTIVITY** | | |
| Cash Management Purchases | (1,712,889.30) | 1,712,889.30 |
| Cash Management Sales | 890,926.77 | (890,926.77) |
| **NET CASH MANAGEMENT** | (821,962.53) | 821,962.53 |
| **CLOSING BALANCES:** | 0.00 | 821,962.53 |

# DGI Liquidating Trust
## Reconcile Report for Money Market Acct
*This is a static report. Any changes to transactions since the reconcile date are not reflected here.*
*Report created on 07/28/2010.*

Account: Money Market Acct
Statement Date: 06/30/2010
Reconcile Date: 07/28/2010

**Summary**

| | |
|---|---:|
| Opening Balance | 1,712,889.30 |
| Cleared Transactions | -890,926.77 |
| Ending Balance of Statement | 821,962.53 |
| Uncleared Transactions as of Statement Date | 0.00 |
| Register Balance as of Statement Date | 821,962.53 |
| Uncleared Transactions after Statement Date | -150,000.00 |
| Register Balance as of Reconcile Date | 671,962.53 |

**Cleared Transactions**

| Date | Type | Num | Payee | Amount |
|---|---|---|---|---:|
| Cleared Checks and Payments | | | | |
| 06/15/2010 | Transfer | | | 142.67 |
| 06/22/2010 | Transfer | | | 580,000.00 |
| 06/29/2010 | Transfer | | | 275,000.00 |
| 06/29/2010 | Transfer | | | 35,784.10 |
| | | | | Subtotal: 890,926.77 |
| Cleared Deposits and Other Credits | | | | |
| | | | | Subtotal: 0.00 |
| **Total Cleared Transactions** | | | | **-890,926.77** |

**Uncleared Transactions as of 06/30/2010**

| Date | Type | Num | Payee | Amount |
|---|---|---|---|---:|
| Uncleared Checks and Payments | | | | |
| | | | | Subtotal: 0.00 |
| Uncleared Deposits and Other Credits | | | | |
| | | | | Subtotal: 0.00 |
| **Total Uncleared Transactions as of 06/30/2010** | | | | **0.00** |

**Uncleared Transactions from 06/30/2010 to 07/28/2010**

| Date | Type | Num | Payee | Amount |
|---|---|---|---|---:|
| Uncleared Checks and Payments | | | | |
| 07/28/2010 | Transfer | | | 150,000.00 |
| | | | | Subtotal: 150,000.00 |
| Uncleared Deposits and Other Credits | | | | |
| | | | | Subtotal: 0.00 |
| **Total Uncleared Transactions from 06/30/2010 to 07/28/2010** | | | | **-150,000.00** |